**NOT FOR PUBLICATION**



FILED

JUL 08 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| SHIRONG CHEN, | No. 11-72147 |
| Petitioner, | Agency No. A099-396-939 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | ORDER |
| Respondent. | |

Before: SCHROEDER, LIPEZ[*], and CALLAHAN, Circuit Judges.

The government's motion to amend decision is GRANTED. The last sentence of the disposition will be amended to add "and the case is REMANDED to the Board of Immigration Appeals."

---

[*] The Honorable Kermit Victor Lipez, Senior United States Circuit Judge for the First Circuit, sitting by designation.